# ELECTRONIC RECORD

COA #14-13-01037-CR

OFFENSE: Capital Murder

STYLE: Patrick Sharard Guillory v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 180th District Court

DATE: February 10, 2015   Publish: No

TC CASE #: 1340306

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Patrick Sharard Guillory v The State of Texas

CCA # _____

___PRO SE___         Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: ___06/03/2015___

JUDGE: _____

CCA Disposition: ___163-15___

DATE: _____

JUDGE: _____

SIGNED: _____        PC: _____

PUBLISH: _____       DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**